CITIZENS FOR A
New Louisiana

Representative: 7 - Nanette Cook

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Angele Grimley
Angelebr@hotmail.com
9/18/18 12:59

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Lisa Babin
Jesusruth38@gmail.com
(337) 288-1239
9/18/18 9:22

Representative: 1 - Kevin Naquin

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a elected leader of the nearly a quarter of a million Lafayette Parish residents I urge you to exercise that leadership and uphold moral standards of decency.  Please vote to deny the amoral drag queen lifestyle promotion at our taxpayer funded Library.

To make matters even more disgusting it is promoted as a childrens event.  The innocence of childhood is being eradicated by violence and the destruction of family values.  By allowing this and promoting it as a childrens activity is especially disappointing.

Leaders should have the wisdom to challenge the community to standards that are the highest and best, not the lowest and least. Please do the right thing, be led by a moral compass and deny this activity..

Respectfully,

Charlie Buckels


Charlie Buckels
Charlieb@reagan.com
(337) 780-1901
9/18/18 8:56

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

As a disciple of Jesus he warned us that perilous times like these would come through his apostles. Therefore we are. It shocked but I do need to sound the alarm to let you know that this is the evil that they spoke of would come. Hopefully this strikes godly fear so that he correct decision is made. Not allow this to go through

Romans 1:18-32
18 For the wrath of God is revealed from heaven against all ungodliness and unrighteousness of men, who [d]suppress the truth in unrighteousness, 19 because what may be known of God is [e]manifest [f]in them, for God has shown it to them. 20 For since the creation of the world His invisible attributes are clearly seen, being understood by the things that are made, even His eternal power and [g]Godhead, so that they are without excuse, 21 because, although they knew God, they did not glorify Him as God, nor were thankful, but became futile in their thoughts, and their foolish hearts were darkened. 22 Professing to be wise, they became fools, 23 and changed the glory of the incorruptible God into an image made like [h]corruptible man and birds and four-footed animals and creeping things.

24 Therefore God also gave them up to uncleanness, in the lusts of their hearts, to dishonor their bodies among themselves, 25 who exchanged the truth of God for the lie, and worshiped and served the creature rather than the Creator, who is blessed forever. Amen.

26 For this reason God gave them up to vile passions. For even their [i]women exchanged the natural use for what is against nature. 27 Likewise also the [j]men, leaving the natural use of the [k]woman, burned in their lust for one another, men with men committing what is shameful, and receiving in themselves the penalty of their error which was due.

28 And even as they did not like to retain God in their knowledge, God gave them over to a debased mind, to do those things which are not fitting; 29 being filled with all unrighteousness, [l]sexual immorality, wickedness, [m]covetousness, [n]maliciousness; full of envy, murder, strife, deceit, evil-mindedness; they are whisperers, 30 backbiters, haters of God, violent, proud, boasters, inventors of evil things, disobedient to parents, 31

[o]undiscerning, untrustworthy, unloving, [p]unforgiving, unmerciful; 32 who, knowing the righteous judgment of God, that those who practice such things are deserving of death, not only do the same but also approve of those who practice them.

As people in position to help make this decision. Please do not allow this to pass. God is Holy.

Sincerely,


Byron Hypolite
Bibleboybyron@yahoo.com
(337) 254-1482
9/18/18 8:37

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Jeremy Britton
joanell.jeremy14@gmail.com
(337) 983-6697
9/17/18 23:25

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Joanell Woods
slabellabritton32@gmail.com
(337) 735-6720
9/17/18 23:23

Representative: 4 - Kenneth Boudreaux

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Jori Stine
Jorijori@ymail.com
(337) 442-7368
9/17/18 23:17

Representative: 4 - Kenneth Boudreaux

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Shawneeka Rideaux
ladrearideaux26@gmail.com
(337) 962-2362
9/17/18 23:04

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local
government has been carrying this community lately. While the incessant call for one
defeated tax election after another has been disheartening, the use of taxpayer funds to
promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to
hear your position and to know what actions you plan to take.

Sincerely, Benjamin and Angel Murphy


Angel Murphy
arachal12@icloud.com
(318) 446-6289
9/17/18 21:12

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


cynthiakimble108@gmail.com
9/17/18 16:26

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Cynthia Kimble
cynthiakimble108@gmail.com
(337) 500-6597
9/17/18 16:25

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Dustin Richard
Wlfmanr@aol.com
(337) 334-4153
9/17/18 12:30

Representative: 1 - Kevin Naquin

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Naaman Richarf
naaman363@gmail.com
(133) 733-4415
9/17/18 12:25

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Mr & Mrs James Masters
Jam20637@Juno.com
(337) 501-6053
9/17/18 10:59

Representative: 8 - Liz Hebert

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Lisa Sellers
lmsellers@cox.net
9/16/18 22:53

Representative: 9 - William Theriot

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Steve Badeaux
Roosterhd02@yahoo.com
(337) 344-6829
9/16/18 18:55

Representative: 9 - William Theriot

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Steve Badeaux
Roosterhd02@yahoo.com
(337) 344-6829
9/16/18 18:54

Representative: 5 - Jared Bellard

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Rachel & David LeCoq
r_d_lecoq@hotmail.com
(337) 804-2518
9/16/18 18:46

Representative: 8 - Liz Hebert

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Rachel & David LeCoq
r_d_lecoq@hotmail.com
(337) 804-2518
9/16/18 17:37

Representative: 5 - Jared Bellard

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


June H Thibodaux
junethib@me.com
(337) 654-3145
9/16/18 17:35

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Miranda Guillory
Mjthigpen87@gmail.com
(337) 513-2751
9/16/18 17:15

Representative: 5 - Jared Bellard

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


david leger
laineleger@yahoo.com
9/16/18 16:20

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Amber Gauthier
gauthieramberg@yahoo.com
(337) 254-4753
9/16/18 15:47

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Tammy Pastor
Sultrydevine@yahoo.com
(337) 277-6123
9/16/18 10:25

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Tammy Pastor
Sultrydevine@yahoo.com
(337) 277-6123
9/16/18 10:25

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

In addition to the "form paragraph" being sent to you, I would also be interested to know why this group finds it so imperative to target kids ranging from age 3-6, who at that young age, until told otherwise, will likely view the drag queen story teller as someone that's dressed in a costume of sorts.  What is the reasoning behind this; is it to generate questions from inquisitive children, to engage in conversation designed to normalize a choice made by adults?  Although it's just my opinion, I'm fairly certain that regardless of I.Q. children at those ages are simply incapable of understanding such a complex issue. There's something about using "story time" to capture the interest  and attention of a young child ( one of the few things that will still keep most children quiet and still for more than a minute or two ) then switching the focus and topic from the story being listened to into a discussion about an adult topic, ( one that can be confusing and hard even for adults ) and it just feels wrong in that feels like a "bait and switch" and as such, I cannot support it.

I'm all for diversity, for inclusion, I reject discrimination in all of it's forms and I'm more open-minded than most or so I'm told. So if I'm missing something important, or if I'm misunderstanding the purpose of this event, or anything else related, please by all means let me know. If so, I will not only submit another letter saying as much, but I will add my name to those in support of the event. If however, generally speaking I have understood the intention for and reasoning behind the "story time" event, I stand by every word I have shared with you herein. Thank you for your time;

Sincerely,
KC


Knotsow Cunvenced
KC81@gmail.com
9/15/18 23:41

Representative: 6 - Bruce Conque

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Ilse Spears
Ilsespears@gmail.com
(337) 739-7181
9/15/18 22:58

Representative: 4 - Kenneth Boudreaux

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Patrick Bohan
patrcjb@gmail.com
9/15/18 22:14

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Shane Rushing
Shame.rushing@outlook.com
(337) 356-8843
9/15/18 21:32

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,
Patrick Leleux


ptlel2@yahoo.com
9/15/18 18:55

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,
Chad Leleux


ptlel2@yahoo.com
9/15/18 18:54

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,
Janet Leleux


ptlel2@yahoo.com
9/15/18 18:53

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Karen Usner
karen@rfnmedia.com
9/15/18 18:27

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Tammi Guidry
wicaspixie@hotmail.com
(337) 380-0912
9/15/18 9:55

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Sheryl Guillory
sherylguillory12@gmail.com
(337) 831-4957
9/15/18 9:50

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Brea Young
cupcakesbybrea@gmail.com
9/15/18 7:15

Representative: 4 - Kenneth Boudreaux

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Charles Randal Jr.
cdrandal@gmail.com
(337) 849-2581
9/15/18 7:07

Representative: 4 - Kenneth Boudreaux

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Charles Randal Jr.
cdrandal@gmail.com
(337) 849-2581
9/15/18 7:06

Representative: 8 - Liz Hebert

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


holly morgan
hollybmorgan@yahoo.com
9/15/18 6:06

Representative: 8 - Liz Hebert

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


kenneth morgan
kenmorgandds@yahoo.com
9/15/18 6:05

Representative: 7 - Nanette Cook

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Brian J Moresi
bjasonmoresi@gmail.com
(337) 781-6969
9/15/18 6:00

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Elaine Zanavich
elainesimplyme0885@mail.com
(203) 676-6963
9/15/18 3:43

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Matt Jackskn
Eazeaz1@gmail.com
(337) 201-2365
9/14/18 20:49

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Kaylin Hypolite
kayrhypolite@gmail.com
(337) 247-6219
9/14/18 20:10

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Charlene Ardoin
charleneardoin@icloud.com
9/14/18 19:51

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Barbara Brown
bbrown771@yahoo.com
(337) 224-6671
9/14/18 19:04

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Casey Viator
Viatorcasey@gmail.com
9/14/18 18:50

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Nicola Ewing
cocacolasweetie77@hotmail.com
(337) 476-9594
9/14/18 17:35

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,

Bascom St. Romain


Bascom St. Romain
Ndeedone@gmail.com
9/14/18 17:27

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Taquila Babin
the.babins@yahoo.com
(337) 793-0147
9/14/18 17:25

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Ariyon Douglas
ariyondouglas@hotmail.com
(337) 251-5974
9/14/18 15:52

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Lashona Hypolite
Lashona.hypolite@yahoo.com
9/14/18 15:44

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Stephanie Armbruster
s.armbruster@cox.net
9/14/18 11:53

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Vance McBroom
vancemcbroom@aol.com
(337) 706-6227
9/14/18 10:23

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,
Jean Pierre Poupart


Jean Poupart
Jppoupart@yahoo.com
(337) 230-4334
9/14/18 9:46

Representative: 9 - William Theriot

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Scott Hebert
skhebert7@gmail.com
(337) 552-4121
9/14/18 9:22

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Clint Valentine
clintvalentine@yahoo.com
(337) 380-8846
9/14/18 9:07

Representative: 9 - William Theriot

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Charlotte Reed
cha_reed@bellsouth.net
9/14/18 8:50

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Lynn Pellerin
msauntlynn@bellsouth.net
(337) 233-2775
9/14/18 8:12

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Donna Benoit
donnabenoit77@yahoo.com
(337) 280-7159
9/14/18 6:33

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,
Kathy


Kathy Castro
Kathy.castro19@yahoo.com
9/14/18 4:52

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Devin Brady
devinbrady0705@gmail.com
(615) 636-8830
9/14/18 0:08

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Statistics show that introducing sexualized material to children that young, confuses them. I want to explain these things in a manner normal to our religious beliefs.

Sincerely, Tammy Pastor


Tammy Pastor
Sultrydevine@yahoo.com
(337) 277-6123
9/13/18 23:56

Representative: 7 - Nanette Cook

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Larry Granger
Lljgran@lusfiber.net
(337) 280-9766
9/13/18 22:49

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Tracy Trahan
lilbitt7313@yahoo.com
9/13/18 21:38

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Debbie St Romain
Ganydeb22@gmail.com
(337) 988-4003
9/13/18 21:22

Representative: 9 - William Theriot

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Mark D. LaBiche
tsrb.1861@yahoo.com
(337) 501-5930
9/13/18 20:47

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Patti Dinger
PKDinger@cox.net
(337) 344-8712
9/13/18 17:47

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Cecile LaFleur
cecileblafleur@gmail.com
(337) 962-2670
9/13/18 14:56

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Sybil Allis
Sybilallis@gmail.com
(337) 981-0616
9/13/18 14:55

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Kim
Kjnlady69@att.net
9/13/18 12:45

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local
government has been carrying this community lately. While the incessant call for one
defeated tax election after another has been disheartening, the use of taxpayer funds to
promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to
hear your position and to know what actions you plan to take.

Sincerely,


Skip Schexnayder
Skip_1099@bellsouth.net
(347) 254-9383
9/13/18 12:33

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Chad Meaux
Lvkjn62@yahoo.com
9/13/18 10:51

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Judy Williams
Jfbwilliams@yahoo.com
(337) 577-0773
9/13/18 9:41

Representative: 8 - Liz Hebert

Re: Drag Queen Story Time

Liz,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. Even more shocking is your refusal to publicly oppose this misuse of public funds; although it is rumored you have encouraged and complimented those who support Drag Queen Story Time.

Pat

Sincerely,


Pat Briney
briney@brineyforet.com
(337) 456-9815
9/13/18 9:03

Representative: 8 - Liz Hebert

Re: Drag Queen Story Time

Liz,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. Even more shocking is your refusal to publicly oppose this misuse of public funds; although it is rumored you have encouraged and complimented those who support Drag Queen Story Time.

Pat

Sincerely,


Pat Briney
briney@brineyforet.com
(337) 456-9815
9/13/18 8:46

Representative: 7 - Nanette Cook

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Chris Dufour
lespaulandpeter@gmail.com
9/13/18 7:28

Representative: 5 - Jared Bellard

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Craig Mire
Craigmire@cox.net
(337) 298-5026
9/13/18 6:10

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Chris Ortego
Chris@ortegollc.com
(337) 316-1408
9/13/18 5:24

Representative: 2- Jay Castille

Re: Drag Queen Story Time

When the kids turn 18 they can decide not 3 year old..

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Glen Dupuis
Iwondupe1@iwon.com
9/13/18 1:18

Representative: 5 - Jared Bellard

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Carole Massey
Chm7111@cox.net
9/12/18 23:39

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Sandra Thibodeaux
Sandythibodeaux@gmail.com
(337) 278-6217
9/12/18 22:38

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


JAMES M HIGGINBOTHAM III HIGGINBOTHAM III
higgjimmy337@yahoo.com
(337) 277-4293
9/12/18 22:02

Representative: 5 - Jared Bellard

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Mary Gladney
Mgladney@cox.net
(337) 278-7668
9/12/18 22:00

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,
Ddavis


Dezra davis
cajundez@yahoo.com
(333) 552-7210
9/12/18 21:53

Representative: 8 - Liz Hebert

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Constance Boyer
conray2@cox.net
(337) 984-4184
9/12/18 21:53

Representative: 7 - Nanette Cook

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Dezra Campbell
dezra_campbell@yahoo.com
9/12/18 21:49

Representative: 5 - Jared Bellard

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,

Gary Thomas


Gary Thomas
Gary.thomas2@yahoo.com
(337) 654-6063
9/12/18 21:43

Representative: 9 - William Theriot

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Steven Badeaux
Roosterhd02@yahoo.com
9/12/18 21:02

Representative: 9 – William Theriot

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Steven Badeaux
Roosterhd02@yahoo.com
9/12/18 21:02

Representative: 9 - William Theriot

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Rhonda Titus
rhondat61@hotmail.com
9/12/18 20:48

Representative: 3- Patrick Lewis

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


J. Guidry
Janell.communityfitness@yahoo.com
9/12/18 20:37

Representative: 7 - Nanette Cook

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Freddie Montaldo
fmont@cox.net
9/12/18 20:32

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


MARY LANDRY
lawoman2u2@yahoo.com
9/12/18 20:27

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local
government has been carrying this community lately. While the incessant call for one
defeated tax election after another has been disheartening, the use of taxpayer funds to
promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to
hear your position and to know what actions you plan to take.

Sincerely,


Al Elkin
Mojohem@gmail.com
9/12/18 20:26

Representative: 5 - Jared Bellard

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Donna Thibodeaux
dthib0531@gmail.com
9/12/18 20:07

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Jennifer Landry
jt_landry@yahoo.com
(337) 288-1852
9/12/18 20:05

Representative: 5 - Jared Bellard

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Eric Courville
ecourville@icloud.com
9/12/18 19:59

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,
I am not sure of my council district but live at 112 Goldman St. Laf. La. 70501.
As a concerned citizen, I feel it is my duty to address the unsettling direction our local
government has been carrying this community lately. While the incessant call for one
defeated tax election after another has been disheartening, the use of taxpayer funds to
promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to
hear your position and to know what actions you plan to take.

Sincerely, Darrel J. Hebert 112 Goldman St. Laf. La. 70501


Darrel Hebert
darhebert@gmail.com
(337) 264-9472
9/12/18 18:49

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely, Rachel Burke


Rachel Burke
rdhartist@msn.com
(337) 278-4947
9/12/18 18:43

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely, Rachel Burke


Rachel Burke
rdhartist@msn.com
(337) 278-4947
9/12/18 18:42

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,

Buffy Anderson
buffy.s.anderson@gmail.com
9/12/18 18:10

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Elaine Flanagan
Elainecmf@yahoo.net
(337) 654-0760
9/12/18 17:56

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Kayla Marcel
Kaymarcel20@gmail.com
9/12/18 17:04

Representative: 9 - William Theriot

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,

If you allow this I will never vote for you again.


Jerry Ashmore
Rustyashmore@protonmail.com
(318) 235-7687
9/12/18 16:53

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local
government has been carrying this community lately. While the incessant call for one
defeated tax election after another has been disheartening, the use of taxpayer funds to
promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to
hear your position and to know what actions you plan to take.

Sincerely,


Michelle Lunsford
micfords95@me.com
9/12/18 16:48

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Buzz Mansfield
Pjandbuzz@aol.com
9/12/18 16:47

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Bertha Meche
mecheberthaann@yahoo.com
(337) 896-4942
9/12/18 16:43

Representative: 9 - William Theriot

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local
government has been carrying this community lately. While the incessant call for one
defeated tax election after another has been disheartening, the use of taxpayer funds to
promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to
hear your position and to know what actions you plan to take.

Sincerely,


Beverly Duhon
Bbbduhon@aol.com
(337) 856-4247
9/12/18 16:03

Representative: 1 - Kevin Naquin

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Rebecca Mathis
Becky@myezmail.net
9/12/18 16:01

Representative: 2- Jay Castille

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


John Walling
johnwallingii@gmail.com
(337) 962-9067
9/12/18 15:48

Representative: 7 - Nanette Cook

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Eric Guidry
eric.guidry@lusfiber.net
9/12/18 15:33

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Derek Foreman
dforem1@gmail.com
9/12/18 15:32

Representative: 5 - Jared Bellard

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Jackie Davis
Jackiemd00@hotmail.com
(337) 989-6960
9/12/18 15:29

Representative: 6 - Bruce Conque

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,

Cynthia Beverly


Cindy Beverly
cindygbev@gmail.com
(337) 322-2209
9/12/18 15:29

Representative: 8 - Liz Hebert

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


B Myers
bmyers5@gmail.com
9/12/18 15:29

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


MARGARET FAIN
magtrl@yahoo.com
(337) 989-1606
9/12/18 15:06

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Kenneth Charrier
Kenny_charrier@yahoo.com
(863) 266-1783
9/12/18 15:01

Representative: 4 - Kenneth Boudreaux

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


JT Schneider
Jamestschneider@gmail.com
9/12/18 14:59

Representative: 6 - Bruce Conque

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Leslie Harp
leslieharp34@gmail.com
(337) 234-7233
9/12/18 14:42

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Peter Romero
Promero@ariesmarine.com
(337) 280-8022
9/12/18 14:39

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Roland Dugas
rdugasrfd@gmail.com
(337) 344-2429
9/12/18 14:35

Representative: 1 - Kevin Naquin

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


neal lormand
capinorl@gmail.com
(407) 694-6062
9/12/18 14:29

Representative: 2- Jay Castille

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


WAYNE PREJEAN
lwp19@lusfiber.net
(337) 972-7089
9/12/18 14:28

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned and TAXPAYING/Voting citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Jim Brooks
Geowhizzard_2000@yahoo.com
(504) 220-9582
9/12/18 14:28

Representative: 7 - Nanette Cook

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Joan Broussard
jtbroussard@cox.net
(337) 303-4210
9/12/18 14:25

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Dennis Thibodeaux
Dthib81@yahoo.com
(337) 224-7788
9/12/18 13:52

Representative: 7 - Nanette Cook

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Chris Allen
libertysouth10@gmail.com
(337) 255-9165
9/12/18 13:35

Representative: 2- Jay Castille

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Brian Gautreau
Bgautreau@outlook.com
(337) 258-2367
9/12/18 13:34

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Marilyn McDaniel
Wfscenla@gmail.com
(501) 765-7897
9/12/18 13:33

Representative: 5 - Jared Bellard

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Randy Guidry
rangid@yahoo.com
9/12/18 13:33

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Dot Speyrer
Dee@rodmartin.com
(337) 651-4786
9/12/18 13:30

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Lori Louviere
louvierel@bellsouth.net
(337) 380-2896
9/12/18 13:26

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Maxie Davis
buddy.davis@gmail.com
(337) 552-7211
9/12/18 13:07

Representative: 7 - Nanette Cook

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,

Lucius Hornsby


Lucius Hornsby
Lhornsby@kw.com
(337) 344-9949
9/12/18 13:06

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Melinda Merckle
Melmerk@aol.com
(337) 839-9114
9/12/18 13:04

Representative: 2- Jay Castille

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Brian Gautreau
Bgautreau@outlook.com
(337) 258-2367
9/12/18 12:57

Representative: 2- Jay Castille

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Jean Gautreau
Jdgautreau@outlook.com
(337) 303-8219
9/12/18 12:56

Representative: 8 - Liz Hebert

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Sally Herman
mimzieto4@gmail.com
(337) 258-9145
9/12/18 12:55

Representative: 8 - Liz Hebert

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Gary Herman
Garyjherman@gmail.com
9/12/18 12:53

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Catherine Daigle
Cat1857@aol.com
9/12/18 12:51

Representative: 9 - William Theriot

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


jane menville menville
loosey905@cox.net
(337) 856-6445
9/12/18 12:40

Representative: 4 - Kenneth Boudreaux

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


K Patin
Kanic@yahoo.com
9/12/18 12:35

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Laci Roy
Laciroy@yahoo.com
9/12/18 11:57

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Laci Roy
Laciroy@yahoo.com
9/12/18 11:55

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Laci Roy
Laciroy@yahoo.com
9/12/18 11:53

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


liz barnes
rebelbarnes7@gmail.com
9/12/18 11:39

Representative: 8 - Liz Hebert

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Janie Lemmon
Jlemmon@bellsouth.net
(337) 981-7843
9/12/18 11:38

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.
A man is a man and a women is a women. Let's not change that

Sincerely,


Thomas Mimnaugh
Tommim05@yahoo.com
(337) 852-0308
9/12/18 11:29

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Dustin Rushing
shane.rushing@outlook.com
9/12/18 11:17

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Rene Burke
Rene_burke2000@yahoo.com
(337) 201-7721
9/12/18 11:16

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Service Chevrolet Inc.
slatour@servicegm.com
(337) 456-9510
9/12/18 11:15

Representative: 4 - Kenneth Boudreaux

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

I am really frightened of the gays.

Sincerely,
A real life citizen


Max Powers
MaxPowers@Gmail.com
9/12/18 11:14

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Paul Dupre
pauldupre@bellsouth.net
(337) 298-1553
9/12/18 10:14

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,
This is entirely inappropriate on every level.
As a concerned citizen, I feel it is my duty to address the unsettling direction our local
government has been carrying this community lately. While the incessant call for one
defeated tax election after another has been disheartening, the use of taxpayer funds to
promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to
hear your position and to know what actions you plan to take.

Sincerely,


Lynne Louviere
llouviere@yahoo.com
(337) 251-7955
9/12/18 9:47

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Cathy Talbot
talbot80644@yahoo.com
9/12/18 9:07

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Ronald Dubois
rondubois22@gmail.com
(337) 356-8902
9/12/18 9:01

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Kathy McManus
kathmc009@gmail.com
(033) 758-0050
9/12/18 8:30

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Rachel Endsley
Girliechic22@aol.com
(337) 781-5041
9/12/18 8:11

Representative: 9 - William Theriot

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely, Aaron Theall


Aaron Theall
aaront39@gmail.com
(337) 258-9886
9/12/18 8:02

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Adriana Matte
anielouuu@yahoo.com
(337) 772-8245
9/12/18 7:51

Representative: 6 - Bruce Conque

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Guy Rodrigue
gman5138@outlook.com
(337) 232-6570
9/12/18 7:12

Representative: 3- Patrick Lewis

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


JoJo Pere
Jojotheinfamous@gmail.com
9/12/18 7:10

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Damon Alleman
Damonalleman257@gmail.com
9/12/18 7:09

Representative: 5 - Jared Bellard

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Wayne Arceneaux
onecajunhunter@yahoo.com
(333) 230-6011
9/12/18 7:03

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Jeannie Chevalon
jeanniejlm@yahoo.com
(337) 962-1859
9/12/18 6:53

Representative: 1 - Kevin Naquin

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Robert Blake
Robert_blake01@yahoo.com
9/12/18 6:33

Representative: 8 - Liz Hebert

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Ann Rudolph
arudolph4354@gmail.com
(347) 356-3535
9/12/18 6:18

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Jessica segura
Jessicabsegura@yahoo.com
(337) 326-2144
9/12/18 5:55

Representative: 8 - Liz Hebert

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Kathy Reaney
Katherinereaney@gmail.com
9/12/18 2:34

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Sandra Espinoza
svargas181@gmail.com
9/12/18 2:17

Representative: Unknown

Re: Drag Queen Story Time

To the Lafayette Public Library and Lafayette City/Parish Council,

As a concerned citizen, I feel it is my duty to address the unsettling direction our local government has been carrying this community lately. While the incessant call for one defeated tax election after another has been disheartening, the use of taxpayer funds to promote sexual deviancy to three-year-olds was and still is shocking. I am quite eager to hear your position and to know what actions you plan to take.

Sincerely,


Sandra Espinoza
svargas181@gmail.com
9/12/18 2:17