# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# AT LAFAYETTE

| | |
|---|---|
| AARON GUIDRY, *et al.*, | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 6:18-CV-01232 |
| TERESA ELBERSON, *et al.* | |
| Defendants. | |
| *c/w* | JUDGE ROBERT SUMMERHAYS |
| AMBER ROBINSON and MATTHEW HUMPHREY, | |
| Plaintiffs in Intervention, | MAG. JUDGE PATRICK HANNA |
| v. | |
| TERESA ELBERSON, | |
| Defendant. | |

## INTERVENORS' MOTION FOR TEMPORARY RESTRAINING ORDER AND, IN DUE COURSE, PRELIMINARY INJUNCTION

By this motion and pursuant to Rule 65 of the Federal Rules of Civil Procedure as well as Local Rule 65.1, Plaintiffs-in-Intervention Amber Robinson and Matthew Humphrey seek a temporary restraining order and preliminary injunction ordering Defendant Teresa Elberson to cease and desist implementation of a policy disallowing use of the public library for the planning or conduct of Drag Queen Story Time and to allow intervenors to proceed with their events without content limitation and without requiring completion of a form disavowing affiliation with Drag Queen Story Time.

A supporting memoranda accompanies this motion. In brief, Intervenors seek relief because Defendant's policy of requiring completion of a form disavowing affiliation with Drag Queen Story Hour is a prior restraint based on the content and viewpoint of the Intervenors and it is plainly unconstitutional. Also unconstitutional is Defendant's policy of not allowing individuals associated with holding or planning "Drag Queen Story Hour" or "Drag Queen Story Time" (directly or indirectly) to use the Library for those purposes.

Respectfully Submitted,

*/s/ Katie Schwartzmann*
*/s/ Bruce Hamilton*
Katie Schwartzmann, La No. 30295 (T.A.)
Bruce Hamilton, La No. 33170
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, Louisiana 70156
Telephone: (504) 522-0628
Facsimile: (888) 534-2996
Email: bhamilton@laaclu.org
kschwartzmann@laaclu.org

*Attorneys for Plaintiffs- Intervenors*

## RULE 65 CERTIFICATE

As required by Local Rule 65.1 undersigned counsel hereby certifies that she provided notice to all counsel and parties of this intended filing on December 20, 2018 and sought resolution of the matter. Copies of all pleadings have since been supplied to all via electronic mail as required by the local rule.

*/s/ Katie Schwartzmann*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of December, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided on all users through the CM/ECF system.

*/s/ Katie Schwartzmann*