# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| AARON GUIDRY ET AL | CASE NO. 6:18-CV-01232 |
| VERSUS | JUDGE SUMMERHAYS |
| TERESA ELBERSON ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Magistrate Judge's report and recommendation [Rec. Doc. 139] is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Dismiss [Rec. Doc. 96], filed by the defendants Joel Robideaux, in his official capacity as Mayor-President of Lafayette City-Parish Consolidated Government, and Teresa Elberson, Director of the Lafayette Public Library; and the Motion to Dismiss [Rec. Doc. 111], filed by Teresa Elberson, Director of the Lafayette Public Library, are hereby GRANTED, insofar as the plaintiffs lack standing to sue, and their claims are hereby DISMISSED WITHOUT PREJUDICE, consistent with the report and recommendation.

**IT IS FURTHER ORDERED** that all pending motions are hereby DENIED AS MOOT. The Clerk of Court shall close this case.

Signed at Lafayette, Louisiana, this 31st day of January, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE